credscon (03/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Celeste Rivas
aka Celeste Torres
Debtor(s)

Chapter 7

Case No. 5:10−bk−09152−JJT

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that:

The previously scheduled 341 meeting of creditors has been continued to:

| Wm J Nealon Fed Bldg/US Courthouse, room to be determined, Washington & Linden Streets, Scranton, PA | Date: February 4, 2011 Time: 11:00 AM |
|---|---|

for the Debtor, Celeste Rivas.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: January 11, 2011

# CERTIFICATE OF NOTICE

```
District/off: 0314-5            User: NRosencra           Page 1 of 1              Date Rcvd: Jan 11, 2011
Case: 10-09152                  Form ID: credscon         Total Noticed: 12
```

The following entities were noticed by first class mail on Jan 13, 2011.
```
db          +Celeste Rivas,    RR3 Box 5026,    Bushkill, PA 18324-9729
pp          +Barbara Miller,    2402 Country Club Drive,    Pearland, TX 77581-5002
3722833     +American Home MTG Servicing,    PO Box 631730,    Irving, TX 75063-0002
3722834     +Citinortgage Inc.,    PO Box 9438,    Gaithersburg, MD 20898-9438
3722835     +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
3722832     +Rivas, Celeste,    RR3 Box 5026,    Bushkill, PA 18324-9729
3722839     +Sallie Mae,    11100 USA Pkwy,    Fishers, IN 46037-9203
3722861     +Universal Card/Citibank,    PO Box 44167,    Jacksonville, FL 32231-4167
```

The following entities were noticed by electronic transmission on Jan 11, 2011.
```
cr          +E-mail/Text: jrogers@franklinsecuritybank.net                    Franklin Security Bank,
             667 North River Street,    Plains, PA 18705-1013
3722836     +E-mail/Text: jrogers@franklinsecuritybank.net                    Franklin Security Bank,
             667 N River Street,    Plains, PA 18705-1013
3722837     +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2011 19:39:52        GE Money Bank/Lowes,
             PO Box 981064,    El Paso, TX 79998-1064
3722838     +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2011 19:39:52        GEMB/Car Care One,    PO Box 981439,
             El Paso. TX 79998-1439
                                                                                            TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2011**                    **Signature:**    _Joseph Speetjens_